**MINUTE ENTRY**
**FALLON, J.**
**September 15, 2025**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHARLES BATES, ET AL.** | * | **CIVIL ACTION NO. 25-1098** |
| **VERSUS** | * | **JUDGE ELDON E. FALLON** |
| **BARRIERE CONSTRUCTION COMPANY, ET AL.** | * | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

\* \* \* \* \* \* \* \*

A telephone status conference was held on this date from the chambers of Judge Eldon E. Fallon. John Norris participated for Plaintiffs. Nicholas Hart participated for Barriere Construction Company, LLC. The parties advised the Court on the status of the case. Considering the updates, the Court declined to set another status conference at this time. The parties are instructed to contact the Court promptly should they require its assistance.

JS10 (00:06)